Matter of Karol (2020 NY Slip Op 01616)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

Matter of Karol

2020 NY Slip Op 01616

Decided on March 11, 2020

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 11, 2020
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department
ALAN D. SCHEINKMAN, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
MARK C. DILLON
RUTH C. BALKIN, JJ.


2016-01156

[*1]In the Matter of Louis P. Karol, ON MOTION a suspended attorney. FOR REINSTATEMENT 

(Attorney Registration No. 2027878)

DECISION & ORDER
Motion by Louis P. Karol for reinstatement to the Bar as an attorney and counselor-at-law. Mr. Karol was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the First Judicial Department on December 2, 1985. By opinion and order of this Court dated May 29, 2019, Mr. Karol was suspended from the practice of law for a period of six months, commencing June 28, 2019 (see Matter of Karol, 173 AD3d 146).
Upon the papers filed in support of the motion and the papers filed in relation thereto, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, Louis P. Karol is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Louis P. Karol to the roll of attorneys and counselors-at-law.
SCHEINKMAN, P.J., MASTRO, RIVERA, DILLON and BALKIN, JJ., concur.
ENTER:
Aprilanne Agostino
Clerk of the Court